433 A.2d 119

Gotwalt, Appellant, v. U. S. Fidelity and Guarantee Co.

Argued March 6, 1980.   Allen H. Smith, for appellant;   Robert J. Stewart, for appellee.

Before CERCONE, P. J., and WATKINS and MONT-GOMERY, JJ.

Order affirmed on the opinion of the lower court.

433 A.2d 120

Koszyk v. Sun Oil Co., Appellant.

Argued December 5, 1980.   T. E. Byrne, Jr., for appellant;   James E. Beasley, for appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Order affirmed on the opinion of the lower court.